M. A. PRICE et al.

v.

Harry R. MOSS et al.

No. 7218.

United States Court of Appeals
Tenth Circuit.

Feb. 27, 1963.

Jim A. Rinehart, El Reno, Okl., and Leon S. Hirsh, James C. Harkin and Paul Johanning, Oklahoma City, Okl., for appellants.

Norman E. Reynolds, Jr., Oklahoma City, Okl., Frank Carter, Enid, Okl., G. D. Spradlin, Delmer L. Stagner, and Sid White, Oklahoma City, Okl., for appellees.

Before BRATTON, LEWIS and HILL, Circuit Judges.

PER CURIAM.

Appeal dismissed February 27, 1963, on motion of appellees.

UNITED STATES of America

v.

Hazel FELTS.

No. 7344.

United States Court of Appeals
Tenth Circuit.

May 15, 1963.

Elmer Hoge, Asst. U. S. Atty., Topeka, Kan., for appellant.

Herbert A. Marshall, Topeka, Kan., for appellee.

Before MURRAH, Chief Judge, and LEWIS, Circuit Judge.

Appeal dismissed May 15, 1963, on motion of appellant.

RISS & COMPANY

v.

Sallie T. MOUNT, widow of John K. Mount, deceased.

No. 7178.

United States Court of Appeals
Tenth Circuit.

May 3, 1963.

Green & Feldman, Tulsa, Okl., for appellant.

Little & Hoyt, Oklahoma City, Okl., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed May 3, 1963, on motion of appellant.

R. W. ROBBERSON

v.

Minnie M. RICHARDS.

No. 7236.

United States Court of Appeals
Tenth Circuit.

May 14, 1963.

C. J. Watts, Oklahoma City, Okl., and Clark V. Owens, Wichita, Kan., for appellant.

Malcolm Miller, Wichita, Kan., for appellee.

Before MURRAH, Chief Judge, and PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed May 14, 1963, on motion of appellant.